**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

☆   JUN 15 2016   ★

BROOKLYN OFFICE

**Feige Niederman** individually
and all other similarly situated consumers,

Plaintiff,

v.

**STIPULATION OF DISMISSAL**

Case No.  1:15-cv-05393-ARR-MDG

**Computer Credit Inc**

Defendant.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.  Further, The Court shall retain jurisdiction to enforce compliance with any settlement reached.

Dated this 2nd day of June  2016.

/s/ David Palace                                          /s/ Robert L. Dougherty
David Palace, Esq.                                      Robert L. Dougherty, Esq.
Law Offices of David Palace                        Law Offices of Robert L. Dougherty
383 Kingston Avenue, #113                        226 Seventh Street, Suite 202
Brooklyn, NY  11213                                   Garden City, NY  11530
Phone: (347) 651-1077                              Phone:  (516) 873-0808
Fax: (347) 464-0012                                   Fax:     (516) 739-2010
Email: davidpalaceesq@gmail.com            Email:  rdougherty@pbzlaw.com

Attorney for Plaintiff                                   Attorney for Defendant

/s/(ARR)

So ordered.